UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Electric Reliability Council of Texas, Inc., *et al.*, <br><br> Appellants, | § § § § § <br> Civil Action H-21-3877 |

| | |
|---|---|
| *In re* <br> Brazos Electric Power Cooperative, Inc., <br><br> Debtor. | § § § § § <br> Bankruptcy 21-03863 |

## Order Setting Hearing

A hearing on the status of the appeals and on the motion for leave to appeal is set for:

December 29, 2021,
at 10:30 a.m.
Courtroom 11-C, Eleventh Floor
515 Rusk Avenue
Houston, Texas 77002.

Signed on November 29, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge